CHRISTOPHER E. PANETTA, Esq. (SBN 175127)
EVAN J. ALLEN, Esq. (SBN 310617)
FENTON & KELLER
A Professional Corporation
2801 Monterey-Salinas Highway
Post Office Box 791
Monterey, California  93942-0791
Telephone:     (831) 373-1241
Facsimile:      (831) 373-7219
Email: CPanetta@FentonKeller.com
Email: EAllen@FentonKeller.com

Attorneys for Defendant
SWVP WARNER CENTER HOTEL LLC dba
WARNER CENTER MARRIOTT WOODLAND HILLS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE<br><br>             Plaintiff,<br><br>      v.<br><br>SWVP WARNER CENTER HOTEL LLC dba WARNER CENTER MARRIOTT WOODLAND HILLS,<br><br>             Defendants. | CASE NO.: 2:20-CV-00561-JFW (JPRx)<br><br>**NOTICE OF SETTLEMENT**<br><br>Date of Filing:     January 22, 2020<br><br>Trial Date:           None Set |

**TO THE COURT, EACH PARTY AND THEIR ATTORNEYS OF RECORD:**

Plaintiff THERESA BROOKE and Defendant SWVP WARNER CENTER HOTEL LLC dba WARNER CENTER MARRIOTT WOODLAND HILLS (collectively the "Parties") have reached a settlement in the above-captioned matter.  The Parties are preparing a formal written settlement agreement and anticipate that the settlement will be complete within 45 days.  Thereafter, Plaintiff THERESA BROOKE will file a Notice of Dismissal with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), with each party to bear their own fees and costs.

/ / /

/ / /

1     The Parties request that any upcoming dates be vacated pending dismissal of the case.

2

3                                   Respectfully Submitted,

4   Dated: February 26, 2020         FENTON & KELLER, PC

5

6

7                       By:    /s/_____
                                       Christopher E. Panetta, Esq.
                                       Evan J. Allen, Esq.

8                                      Attorneys for Defendant,
                                     SWVP WARNER CENTER HOTEL LLC dba

9                                      WARNER CENTER MARRIOTT WOODLAND

10                                     HILLS

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28