1 | P. Kristofer Strojnik, State Bar No. 242728
2 | pstrojnik@strojniklaw.com
**THE STROJNIK FIRM LLC**
3 | Esplanade Center III, Suite 700
4 | 2415 East Camelback Road
Phoenix, Arizona 85016
5 | Telephone: (602) 510-9409

6 | Attorneys for Plaintiff THERESA BROOKE

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 2:20-CV-561 |
|---|---|
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| SWVP WARNER CENTER HOTEL LLC, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that Plaintiff Theresa Brooke dismisses the above action with prejudice; each party to bear her/its own costs and attorneys' fees.

RESPECTFULLY SUBMITTED this 11th day of April, 2020.

/s/ Peter Kristofer Strojnik
Peter Kristofer Strojnik (242728)
Attorneys for Plaintiff